# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 21, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

139725 (79)

MARIA C. ABAY, Personal Representative of the
Estate of MIRA E. ABAY,
           Plaintiff/Counter-Defendant-
           Appellant,

v

DAIMLERCHRYSLER INSURANCE
COMPANY,
           Defendant/Counter-Plaintiff/Cross-
           Plaintiff/Third-Party-Appellee,
and

DAIMLERCHRYSLER CORPORATION, a/k/a
CHRYSLER LLC,
           Defendant-Appellee,
and

JAMES E. TRENT and KELLY ROSE BROOKS,
           Defendants/Cross-Defendants,
and

AUTO CLUB GROUP INSURANCE COMPANY,
d/b/a AAA MICHIGAN, and ALVIN JEROME TAYLOR,
           Third-Parties.
_____

SC: 139725
COA: 283624
Oakland CC: 2006-075016-CK

       On order of the Chief Justice, the motion by *amicus curiae* Allstate Insurance
Company and Auto Club Insurance Association for leave to participate in oral argument and
the response in opposition to the motion are considered and the motion is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

September 21, 2010

Clerk